**Marvin Troy HEISE, Appellant,**

v.

**AMERITAS LIFE INS.; Larry Arth, CEO, Appellees.**

**No. 06–2762.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 3, 2007.

Filed: July 9, 2007.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

Marvin Troy Heise, Lincoln, NE, pro se.

Michaelle L. Baumert, Blackwell & Sanders, Omaha, NE, David M. Williams, Lincoln, NE, for Appellees.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Marvin Troy Heise appeals from the district court's [1] dismissal of his pro se civil complaint in which he alleged that he suffered from employment discrimination in violation of federal and state law. Upon de novo review, *see Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir.2007) (standard of review), we conclude that the district court properly dismissed Heise's complaint for the reasons stated in the court's order.

Accordingly, we affirm the district court's decision, *see* 8th Cir. R. 47B, but we modify the dismissal of any state law claims to be without prejudice, *see Labickas v. Ark. State Univ.*, 78 F.3d 333, 334–35 (8th Cir.1996) (per curiam) (following dismissal of federal claims, district court has discretion to dismiss state law claims, but dismissal should be without prejudice).

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.